IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:03CR20

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | **O R D E R** |
| KATHRYN P0WELL,<br>Defendant. | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion To Terminate/Revoke Restitution.

Upon consideration of the defendant's motion to Terminate/Revoke Restitution is denied. Restitution is mandatory. The defendant can work out a less hardship payment plan with Probation but the restitution must be paid

**IT IS, THEREFORE, ORDERED** that defendant's motion to Terminate/Revoke Restitution is hereby **DENIED**.

Signed: May 9, 2007

Frank D. Whitney
United States District Judge